COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## MEMORANDUM ORDER ON MOTIONS

Appellate case name:    Arnett Mathis v. Tori Lashawn Graves

Appellate case number:  01-18-00789-CV

Trial court case number:  2014-67465

Trial court:          308th District Court of Harris County


      It is **ordered** that appellant's motion for rehearing and motion for en banc reconsideration filed December 2, 2019, are **denied**.



Judge's signature:  _/s/ Richard Hightower_____
                      Acting for the Court

The panel consists of Justices Kelly, Hightower, and Countiss. The en banc Court consists of: Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.


Date:  __December 31, 2019_____